## UNITED STATES of America, for the Use and Benefit of C. Ray HASKELL, Appellee, v. GRU–HAR CONSTRUCTION CORP'N, Defendant, Continental Casualty Company, Defendant-Appellant (Carmello G. BATTAGLIA, Intervener-Appellee).

### No. 312.

Circuit Court of Appeals, Second Circuit.

April 10, 1939.

Gibbons, Pottle & Pottle, of Buffalo, N. Y. (Frank Gibbons, of Buffalo, N. Y., of counsel), for appellant.

Tuttle, Rice, Stockwell & Rice, of Niagara Falls, N. Y., and Martina & Manzella, of Buffalo, N. Y. (George M. Donohue, of Niagara Falls, N. Y., of counsel), for appellees.

Before L. HAND, CLARK, and PATTERSON, Circuit Judges.

PER CURIAM.

Judgment affirmed.